FILED 2012 JUL -9 AM 10:29

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO A. LOBATO,<br><br>    Plaintiff,<br>vs.<br>T.D. SERVICES COMPANY; DOES 1 through 50 inclusive,<br><br>    Defendants. | CASE NO. 11cv2601 WQH (JMA)<br><br>ORDER |

HAYES, Judge:

    On October 31, 2011, Plaintiff Armando A. Lobato initiated this action by filing a Complaint in the Superior Court of California for the County of San Diego against Defendants Acqura Loan Services ("Acqura"), Castle Peak 2010-1 Loan Trust ("Castle"), T.D. Services Company, and Yolanda Yvette Legrand ("Legrand") . (ECF No. 1-2). November 8, 2011, Defendants Acqura, Castle, and Legrand removed the matter to this Court. On February 23, 2012, claims against Defendants Acqura, Castle, and Legrand were dismissed. The docket reflects that no action has been taken by either party in this case with regards to T.D. Services Company.

    On June 4, 2012, this Court issued an Order stating:

> Pursuant to Local Rule 41.1, "[a]ctions or proceedings which have been pending in this court for more than six months, without any proceeding or discovery having been taken therein during such period, may, after notice, be dismissed by the court for want of prosecution." S.D. Cal. Civ. Local Rule 41.1; *see also* Fed. R. Civ. P. 41(b). It appearing to the Court that dismissal for want of prosecution may be appropriate in this case, Plaintiff is hereby

1 | ORDERED TO SHOW CAUSE as to why this case should not be dismissed without prejudice for failure to prosecute.

Plaintiff shall file a written response to this ORDER TO SHOW CAUSE on or before July 5, 2012. If Plaintiff does not respond, the Court will dismiss this case without prejudice.

(ECF No. 8 at 1-2).

To date, Plaintiff has failed to file a written response to the ORDER TO SHOW CAUSE. Accordingly, this case is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: 7/7/12

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE